TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 15 PM 3: 17

RD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. A96-015 CR (JDR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY E. ONEY, | ) | **PLAINTIFF'S MOTION** |
| | ) | **TO RELEASE ATTACHED** |
| Defendant. | ) | **PFD FUNDS** |
| | ) | |

Plaintiff the United States of America, by and through the
United States Attorney for the District of Alaska, hereby moves
this Court to release funds currently held in the Court's Registry.

1.   On or about April 1, 2005, a Writ of Execution pursuant
to Alaska Statute 43.23.065 was entered in this action attaching
defendant's Alaska Permanent Fund dividend payment for 2005.

2.   Alaska Statute 43.23.065(d) frees plaintiff from the
service requirement of notifying the debtor of the writ.   The
Alaska Department of Revenue automatically notifies the debtor of
attached PFD funds at the time the funds are turned over to the
Court.

3.   Pursuant to execution of the Writ, on or about November 4, 2005, dividend monies from the State of Alaska in the amount of $361.19 were deposited into the Registry of this Court.

4.   More than thirty (30) days have elapsed since the State notified the defendant of her Right to object.   To date, no objection has been filed.   Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $361.19 currently held in the Court's Registry be released from the Registry and deposited by the Clerk of Court into U.S. Treasury Account for payment to the U.S. Marshal's Service in the amount of $344.19 and the balance of $17.00 applied to lien fees.

RESPECTFULLY SUBMITTED this *15th* day of November, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

*Richard L. Pomeroy*

RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY

**FILED**

DEC 3 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ OM

**IT IS SO ORDERED**

*John D. Roberts*        12-29-05
JOHN D. ROBERTS,              Date
U.S. Magistrate Judge

A96-0015--CR (JDR)   OM 12-30-05
-----------------------------------
R. POMEROY (AUSA)                        2
FINANCE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing

Motion to Release PFD Funds was mailed this 15th day of November,

2005, to the following:

Nancy Oney
P.O. 96
Marshall, AK 99585

Office of U.S. Attorney

3